[No. 3254-1.   Division One.   March 1, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY PATRICK HIGMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 67311, Norman B. Ackley, J., entered August 19, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 3162-1.   Division One.   March 1, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. LEO PATRICK VICTORIA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 67528, Solie M. Ringold, J., entered July 11, 1974. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Farris and Callow, JJ.

[No. 1429-3.   Division Three.   March 5, 1976.]

TED U. HART, ET AL, *Respondents*, v. HOWARD G. ROBERTS, ET AL, *Appellants*, B. KEN MAXSON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 63388, Albert N. Bradford, J., entered February 24, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 1533-3.   Division Three.   March 5, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. FLOYD R. LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 3739, Albert Yencopal, J. Pro Tem., entered April 22, 1975. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.